**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00282-CR**
**No. 05-13-00284-CR**

**SHAWN MARIE HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56023-T, F13-51255-T**

## ORDER

The Court **GRANTS** the June 27, 2013 request of the Dallas County District Clerk for an extension of time to file the supplemental clerk's record in this appeal.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in the case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a

document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE